**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Christopher George, *et al.*,

                    Plaintiffs,

      -against-                          19 **CIVIL** 6185 (AJN)

Starbucks Corporation,

                                  **JUDGMENT**

                    Defendant
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 19, 2020, Sections 349 and 350 of the New York General Business Law prohibit deceptive practices, not (allegedly) unhygienic ones. The customers have failed to allege deceptive practices or false advertising. The Court therefore GRANTS the motion to dismiss (Dkt. No. 26) and dismisses all claims with prejudice.; accordingly, the case is closed.

**Dated:**  New York, New York
           November 19, 2020

                                                          **RUBY J. KRAJICK**
                                                         _____
                                                            **Clerk of Court**
                                  **BY:**
                                                             **Deputy Clerk**